KAUFMAN & KAHN, LLP
Mark S. Kaufman
  (Email:  kaufman@kaufmankahn.com)
747 Third Avenue, 32nd Floor
New York, NY   10017
Tel.:   (212) 293-5556

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

CLOUD B, INC.,                                                       :

                                                                             Case No. 14-CV-2863
Plaintiff,                                                          :      (RJD-RML)

            -- against --                                           :

DGL GROUP LTD., VICTOR SARDAR and EZRA          :
ZAAFARANI,
                                                                            :
Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x


## JUDGMENT ON CONSENT GRANTING PERMANENT INJUNCTION

Plaintiff Cloud B, Inc. ("Cloud B") commenced this action by the filing of a complaint

dated May 7, 2014, as amended on July 2, 2014 (the "Amended Complaint") alleging copyright

and trademark infringement.

The complaint alleges that defendants DGL Group Ltd., Victor Sardar, and Ezra

Zaafarani (together, "DGL") sold goods bearing the trade name or trademark "Starlight Turtle"

(the "Infringing Toys") which Cloud B alleges is confusingly similar to Cloud B's federally

registered trademark TWILIGHT TURTLE (USPTO Registration No. 3096834).

The complaint alleges that the Infringing Toys also infringed upon Cloud B's copyright

in the TWILIGHT TURTLE Toy (U.S. Copyright Registration No. VA 1-836-814), the

- 11 -

TWILIGHT TURTLE Star Guide (U.S. Copyright Registration No. VA 1-836-809), and the TWILIGHT TURTLE Storybook (U.S. Copyright Registration No. VA 1-836-815).

The complaint alleges that the Infringing Toys infringe upon Cloud B's copyright in its TWILIGHT TURTLE toy, and that the booklets enclosed with the Infringing Toys infringe upon the TWILIGHT TURTLE Star Guide and the TWILIGHT TURTLE Storybook.

Cloud B's complaint seeks, among other relief, a permanent injunction restraining and enjoining Defendants' manufacture, sale and/or distribution of the Infringing Toys and booklets.

Defendants through their respective counsel hereby consent to the entry of this judgment. Based upon such consent, and the Court having jurisdiction over the Defendants and the subject matter of this action, but without making any findings of fact or conclusions of law with respect to any allegations in the complaint, the Court rules as follows:

1.      **IT IS ORDERED AND ADJUDGED** that Defendants, their affiliated entities and each of their respective officers, agents, servants, employees, representatives and all persons in active concert or participation with any of them, directly or indirectly, are permanently restrained and enjoined from directly or indirectly, singly or in concert, from manufacturing, advertising, promoting, importing, selling, offering for sale, distributing, disposing of or commercially exploiting (a) any goods or services bearing a trademark or service mark confusingly similar to Cloud B's TWILIGHT TURTLE registered trademark, including but not limited to any goods bearing the trademark "Starlight Turtle"; and (b) the products identified as the Infringing Toys, or any other products bearing designs substantially similar to Cloud B's TWILIGHT TURTLE Toy, the TWILIGHT TURTLE Star Guide or the TWILIGHT TURTLE Storybook.

**IT IS FURTHER ORDERED AND ADJUDGED,** that this Court shall retain jurisdiction over this matter and the Defendants in order to implement and carry out the terms of this Judgment and all Orders and Decrees that may be entered and/or to entertain any suitable application or

application or motion for additional relief within the jurisdiction of this Court and to order other

relief that this Court deems appropriate under the circumstances.

Acknowledged and agreed
This 26th day of November, 2014

KAUFMAN & KAHN, LLP

By: _____

Mark S. Kaufman
(Email:   kaufman@kaufmankahn.com)
Attorneys for Plaintiff
747 Third Avenue, 32nd Floor
New York, NY   10017
Tel.: (212) 293-5556

GARSON, SEGAL, STEINMETZ,
FLADGATE LLP

By: _____

Robert David Garson
(Email:   rg@gs2law.com)
Attorneys for Defendants
164 West 25th Street, Suite 11R
New York, NY 10001
Tel.: (212) 380-3623

Dated: _____, 2014

SO ORDERED,

/s/ Judge Raymond J. Dearie

_____
United States District Judge

13